# United States District Court

EASTERN DISTRICT OF TEXAS
TEXARKANA  DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 5:12CR19(1) |
| | § | |
| SANTIAGO FLORES-ESCOBEDO | § | |

## ORDER ADOPTING
## THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The above-styled matter was referred to the Honorable Caroline M. Craven, United States

Magistrate Judge, for administration of a guilty plea under Rule 11 of the Federal Rules of Criminal

Procedure.  Judge Craven conducted a hearing in the form and manner prescribed by Federal Rule

of Criminal Procedure 11 and issued her Report and Recommendation (document #35) on April 1,

2013.  Judge Craven  recommended that the Court accept Defendant's guilty plea and conditionally

approve the plea agreement.  She further recommended that the Court finally adjudge Defendant as

guilty of Count 6 of the Superseding Indictment filed against Defendant in this cause.

No objections to the magistrate judge's findings have been filed.  The Court is of the opinion

that the Report and Recommendation should be accepted.  It is accordingly  **ORDERED** that the

Report and Recommendation of the United States Magistrate Judge (document #35) is **ADOPTED.**

It is further

**ORDERED** that the Defendant's guilty plea is accepted and approved by the Court.  Further,

the plea agreement is approved by the Court, conditioned upon a review of the presentence report.

It is finally

**ORDERED** that, pursuant to the Defendant's plea agreement, the Court finds the Defendant

**GUILTY** of Count 6 of the **Superseding Indictment** in the above-numbered cause and enters a

**JUDGMENT OF GUILTY** against the Defendant as to Count 6 of the **Superseding Indictment.**

It is SO ORDERED.

SIGNED this 24th day of April, 2013.

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE